UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES A. BATTLE, JR., <br><br> Plaintiff, <br><br> v. <br><br> TONYA WICK, *et al*., <br><br> Defendants. | CASE NO. C08-0642-RAJ-JPD <br><br> ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |

The Court, having reviewed plaintiff's civil rights complaint, defendants' motion to dismiss, plaintiff's motions to amend his complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion to dismiss (Dkt. No. 10) is DENIED.

(3) Plaintiff's motion to amend filed on July 21, 2008 (Dkt. No. 15) is GRANTED, and plaintiff's motion to amend filed on July 11, 2008 (Dkt. No. 12) is STRICKEN as moot. The Clerk is directed to file the proposed amended complaint submitted in conjunction with plaintiff's July 21, 2008, motion to amend.

ORDER DENYING DEFENDANTS'
MOTION TO DISMISS - 1

(4) Defendants' motion to strike plaintiff's affidavit (Dkt. No. 18) is GRANTED.

(5) This matter is re-referred to Magistrate Judge Donohue for all further pre-trial proceedings.

(6) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

IT IS SO ORDERED.

DATED this 28th day of October, 2008.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFENDANTS'
MOTION TO DISMISS - 2